UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,

     - against -

STEPHEN WITT, ET Al.,                        19 Civ. 9609 (NSR)

                      Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/26/2021__

**ORDER**

**ROMÁN, D.J.:**

     On January 25, 2021, this Court issued an Order to Show Cause directing Plaintiff to show cause in writing on or before February 24, 2021 why his claims against Defendants should not be dismissed without prejudice for want of prosecution pursuant to Fed R. Civ. P. 41(b). (ECF No. 19.) Plaintiff has not responded.

     Therefore, this case is dismissed without prejudice for want of prosecution.

SO ORDERED.

Dated: White Plains, New York
       February 26, 2021

                                                  Nelson S. Román, U.S.D.J.